UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY D. MILLER,<br><br>    Petitioner,<br><br>  v.<br><br>EDWARD S. ALAMEIDA, JR.,<br><br>    Respondent. | 1:03-CV-6638 LJO HC<br><br>ORDER REGARDING PETITIONER'S APPLICATION FOR RELEASE ON BAIL PENDING DETERMINATION OF PETITION<br><br>[Doc. #17] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties having voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), by order dated May 2, 2004, this case was assigned to the undersigned for all purposes, including entry of final judgment.

On August 25, 2005, Petitioner filed an application for release on bail pending a determination of the merits of his habeas petition.

### DISCUSSION

Federal courts reserve bail pending resolution of a habeas corpus petition to "extraordinary cases involving special circumstances" and where there is a high probability of the petitioner's success on the merits. United States v. Mett, 41 F.3d 1281, 1282 (9th Cir.1994), quoting Land v.

1  <u>Deeds</u>, 878 F.2d 318, 318-319 (9th Cir.1989).   Further, the petitioner must show circumstances that
2  make him exceptional and especially deserving of special treatment in the interests of justice.
3  <u>Benson v. California</u>, 328 F.2d 159, 162 (9th Cir.1964).   The Court must also consider the
4  petitioner's risk of flight and the danger to the community should the petitioner be released.   <u>Marino
5  v. Vasquez</u>, 812 F.2d 499, 508-09 (9th Cir.1987).   None of these requirements has been met in the
6  case before the Court.

## ORDER

Accordingly, the Court hereby DENIES Petitioner's application for release on bail pending the outcome of this case.

IT IS SO ORDERED.

**Dated:   September 14, 2005**           /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE